UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-60314- CIV-MARTINEZ
MAGISTRATE JUDGE LYNCH

ACCESS FOR THE DISABLED, INC. and
ROBERT COHEN,

    Plaintiffs,

vs.

BRINKER FLORIDA, INC., a foreign corporation, and NICHOLAS CASSAS, an individual,

    Defendants.
_____/

### NOTICE OF FILING ORIGINAL SUPPLEMENTAL AFFIDAVIT OF JEFFERY GROSS IN SUPPORT OF DEFENDANT BRINKER FLORIDA, INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW

COMES NOW Defendant Brinker Florida, Inc. by and through its undersigned counsel and hereby gives notice of filing the attached original of the supplemental Affidavit of Jeffery Gross in Support of Defendant Brinker Florida, Inc.'s Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Supporting Memorandum of Law.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this \_\_ day of January, 2003 to **Paul Wallace, Esq.**, Attorney for

MIA#2229224.01

**Carlton, Fields, P.A.**
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami - Florida 33131-9101 - (305) 530-0050

Plaintiffs, Hinshaw & Culbertson, 200 South Biscayne Blvd., Suite 800, Miami, Florida 33131-2310.

PATRICIA H. THOMPSON
Florida Bar No. 221783
E-mail: *pthompson@carltonfields.com*
K. RENEE SCHIMKAT
Florida Bar No. 234620
E-mail: *rschimkat@carltonfields.com*
LATASHA A. GETHERS
Florida Bar No. 0115886
E-mail: *lgethers@carltonfields.com*
CARLTON, FIELDS, P.A.
*Counsel for Defendant Brinker Florida, Inc.*
4000 Bank of America Tower at Int'l Place
100 SE Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

MIA#2229224.01 2

**Carlton, Fields, P.A.**
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami - Florida 33131-9101 - (305) 530-0050